LUCILLE RATHBUN, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24082.) — Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham,. Taylor and Dowling, JJ.

In the Matter of the Petition of WYATT D. SHULTZ and Another, as Coexecutors, etc., of ALBERT B. SHULTZ, Deceased, Appellants, for the Removal of MANUFACTURERS & TRADERS TRUST COMPANY, as Their Coexecutor and Testamentary Cotrustee, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order dismisses the petition in the proceeding without prejudice to further proceedings in the proper tribunal.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [See post, p. 935. See, also, ante, p. 228.]

ANTONIO MASSA, as Administrator, etc., of ANGELO H. MASSA, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 22379.) — Judgment affirmed, with costs. All concur. (The judgment dismisses the claim for damages for the death of claimant's intestate in a military camp.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. THE CABOT GAS CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an injunction action. The order denies plaintiff's motion for a temporary injunction.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

SAMUEL ELMAN, Appellant, v. ABE COOPER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies plaintiff's motion for a judgment on the pleading in an action to recover balance due of money loaned.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GEORGE SHIELDS, Respondent, v. STEPHEN G. SHIELDS and Others, Appellants. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event. Findings of fact and conclusions of law disapproved and reversed. Memorandum: Irrespective of the fact that the findings upon the issue of fraud, are inconsistent, and regarding only the findings that are most favorable to the judgment appealed from, we find them against the weight of the evidence. All concur. (The judgment is for plaintiff in an action to rescind a trust agreement. The order denies motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

FRANK VAHUE, an Infant under the Age of Fourteen Years, by His Guardian ad Litem, CHARLES VAHUE, Respondent, v. JOSEPH BEIKER, Doing Business under the Assumed Name of THE BETTER BEVERAGES COMPANY, and CHARLES LUCIA, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. The guardian ad litem is granted permission to stipulate the reduction. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.